**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division**

Antonio Herrera
                              Plaintiff,

v.                                                             Case No.: 1:06−cv−05138
                                                                Honorable Joan B. Gottschall

Morton College, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 28, 2009:

      MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Plaintiff's Rule 41(a)(1)(A)(ii) Stipulation to Dismiss [90], this action is voluntarily dismissed in its entirety, with prejudice. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.